**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                 No. 4:07CR00057-01 JLH

SCOTT CLAY HISERODT                                                                      DEFENDANT

## ORDER

The sentencing hearing previously scheduled for Wednesday, March 5, 2008, is hereby cancelled. A new sentencing date will be set upon completion of the revised presentence report.

IT IS SO ORDERED this 3rd day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE